

FILED
OCT 26 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAIME PEREZ,<br>aka "Beef,"<br><br>Defendant. | Case No.: 20MJ9895<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about October 24, 2020, within the Southern District of California, defendant Jaime PEREZ, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Smith and Wesson 9 millimeter handgun (serial #FBU5273); in violation of Title 18, United States Code, Section 922(g)(1).

1  The complainant further states that this complaint is based on the attached Probable Cause
2  Statement incorporated herein by reference.

ERIC A FLORES  Digitally signed by ERIC A FLORES
Date: 2020.10.26 11:01:10 -07'00'

Eric Flores
HSI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 26 day of October, 2020.

HON. RUTH B. MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about October 24, 2020, while working patrol in the city of Calexico CA., Calexico Police Department ("CPD") Officers Villalobos and Porras noticed a black Chevy Impala heading west on Birch Avenue. The operator of the vehicle was using his cellphone while driving, in violation of CVC 23123. Officers activated their overhead lights and sirens and attempted to conduct a traffic stop near the intersection of Birch Ave. and V.V. Williams Ave, at which point the vehicle suddenly accelerated, continuing northbound on V.V. Williams Ave. The driver, later identified as JAIME PEREZ, known by the moniker "Beef," led officers on a high-speed chase through residential areas in excess of 90 miles per hour at multiple points during the chase. At one point, PEREZ lost control of the vehicle and crashed. After he crashed, PEREZ exited the vehicle, and officers pursued him. PEREZ attempted to hide from officers behind a parked vehicle.

As CPD Officer Porras was approaching PEREZ, he heard what sounded like a metal object sliding on pavement. PEREZ was given verbal commands and complied. CPD Officer Porras observed PEREZ looking under the vehicle that he was hiding behind. CPD Officers Porras and Villalobos handcuffed PEREZ and escorted him to the patrol vehicle. Based on the sounds he had heard, Officer Porras then went back to the parked vehicle to check if PEREZ had thrown anything. Officer Porras recovered a loaded Smith and Wesson 9 Millimeter pistol (serial # FBU5273) with one round chambered and 16 additional rounds in a high capacity magazine, for a total of 17 rounds of 9-millimeter ammunition. PEREZ was arrested at around 6:30 P.M.

On October 25, 2020, Homeland Security Investigation (HSI) Special Agent (SA) Eric Flores went to the CPD and reviewed the video footage of the vehicle pursuit and the

3

foot pursuit with CPD Officers Porras and Villalobos on their body worn cameras. The footage shows what appears to be the pistol grip of the handgun on PEREZ's hip. During the course of the foot pursuit in a residential area, it appears that PEREZ reached for the handgun. A few frames later, the handgun appeared to be in his hand.

During this encounter, PEREZ was on AB109 probation. PEREZ is also a documented gang member of "La Gara Sur" from Calexico, CA and was also known to associate with Mexican Mafia while incarcerated. PEREZ is well known to CPD officers because his brother was shot by police after he told an officer he would kill the officer and then charged at that officer with a knife in each of his hands. PEREZ then vowed to get revenge on the CPD for his brother's death.

Preliminary records checks revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 11/08/2002 | CASC - Imperial | CNT 3: VC 23153(A) – **DUI Alcohol/Drugs w Death/Bodily Injury** | 3 years probation; 180 days jail |
| 05/26/2004 | CASC - Imperial | CNT 2: H&S 11359 **Possession of Marijuana for Sale** | 3 years probation |
| 12/09/2004 | CASC – Imperial | CNT 2: PC 12021(A)(1) **Felon in Possession Firearm- Gang Act** | 5 years state prison |
| 06/07/2007 | CDC | CNT 1: Violation of Parole | To Finish Term |
| 04/29/2010 | CASC- San Diego | CNT 1: PC 524 – **Attempted Extortion** | 6 years state prison |
| 09/09/2010 | CASC- Riverside | CNT 1: PC 4573.6 – **Possession of Controlled Substance in prison** | 5 years state prison |
| 09/02/2011 | CDC | CNT 1: PC 4573.6 – **Possession of Controlled Substance in prison** | 4 years state prison |

4

| 10/16/2018 | CASC – Riverside | CNT 1: PC 30305(A)(1) **Prohibited peron owning ammunition** | 3 years state prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.